**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | |
| Danny Williams ) | Case No. 6:13-bk-10212-CCJ |
| ) | Chapter 7 |
| Debtor(s). ) | |

**MOTION ALLOWING CLAIM NO 1**
**AS SECURED CLAIM AND DETERMINING RIGHT TO DISTRIBUTION**

The Trustee, Richard B. Webber II, hereby moves for the entry of an Order Allowing Claim No. 1 as a secured claim and determining that the secured portion is not entitled to distribution. Partners Fed Cr Un filed a secured claim (Claim No. 1) in the amount of $24,864.32. The claimant did not obtain a determination of secured status pursuant to the provisions of Section 506 of the Bankruptcy Code for the secured portion of the claim. In addition, the Trustee did not liquidate the collateral.

The Trustee therefore prays that the Court will enter an Order allowing $24,864.32 of Claim No. 1 as secured claim and determining that the secured portion of the claim is not entitled to distribution.

Dated February 10, 2014

/s/ Richard B. Webber II, Trustee
Richard B. Webber II, Trustee
PO Box 3000
Orlando, FL  32802-3000
Telephone (407) 425-7010

Copies Furnished To:

United States Trustee's Office, 400 W. Washington St., Suite 1100, Orlando, Florida 32801
Danny Williams, 1125 SOPHIE BLVD., ORLANDO, FL  32828
Shannon Keith Turner, LAW OFFICES OF SHANNON KEITH TURNER, 1221 W. COLONIAL DRIVE, SUITE 200, ORLANDO, FL  32804
Partners Fed Cr Un, 13705 International Dr S, Orlando, Fl 32821